```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
JEROME WASHINGTON,

                Plaintiff,
                                        ORDER
      -against-                         13-CV-5445(JS)(WDW)

MICHAEL SPOSATO, UNDERSHERIFF
HESS, CAPT. SMITH, III,
C.O. HENSON, C.O. BONIFACE,
C.O. MCTIGUE, and JOHN and
JANE DOES,

                Defendants.
----------------------------------X
APPEARANCES
For Plaintiff:      Jerome Washington, pro se
                    2182 Mona Lisa Drive
                    Montgomery, AL 36111

For Defendants:     No appearances.
```

SEYBERT, District Judge:

Pro se plaintiff Jerome Washington ("Plaintiff") commenced the instant civil rights action against Nassau County Sheriff Michael Sposato, Undersheriff Hess, C.O. Boniface, C.O. McTigue, and John and Jane Does (collectively, "Defendants"), pursuant to 42 U.S.C. § 1983 ("Section 1983"). Plaintiff's Complaint is accompanied by an application to proceed in forma pauperis.

Upon review of Plaintiff's declaration in support of his application to proceed in forma pauperis, the Court finds that Plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's request to proceed in forma pauperis is

GRANTED.

The Clerk of the Court is directed to forward copies of the Summonses, Complaint, and this Order to the United States Marshal Service for service upon the Defendants without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the pro se Plaintiff at his last known address.  See FED. R. CIV. P. 5(b)(2)(C).

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated:  January   14  , 2014
        Central Islip, New York